

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EMMANUEL ARMENDARIZ, | § | No. 08-13-00125-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20100D06116) |
|  | § | |

**O R D E R**

Pending before the Court is the State's motion to order the trial court clerk to forward an original exhibit to the Court pursuant to TEX.R.APP.P. 34.6(g)(2). The State's motion is GRANTED. Accordingly, the Court ORDERS the trial court clerk to forward the original exhibit, State's Exhibit 4, to the Court for use during this appeal. State's Exhibit 4 a video-recorded statement admitted into evidence during a suppression hearing in the above-entitled and numbered cause. Alternatively, if State's Exhibit 4 is in the possession of the court reporter, the Court ORDERS the court reporter to forward the original exhibit to the Court for use during the appeal. The trial court clerk, or alternatively, the court reporter, shall place the original exhibit in a manila envelope and attach to that envelope a copy of this order and the clerk's or court reporter's certification.

The original exhibit will be returned to the clerk of the trial court upon resolution of the appeal. *See* TEX.R.APP.P. 34.6(g)(2). The original exhibit shall be filed with this Court on or before March 23, 2014.

IT IS SO ORDERED this 21st day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.